**Order entered November 6, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01329-CR
## No. 05-12-01336-CR

**LAKENDRICK DUMANDRE HAYDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-62407-R, F11-61298-R**

## ORDER

The Court **REINSTATES** the appeal.

On August 20, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel J. Daniel Oliphant; and (3) Mr. Oliphant's explanation for the delay in filing appellant's brief is his workload.

We note that appellant's brie was originally due March 27, 2013, and Mr. Oliphant has previously been granted a thirty-day extension of time to file his brief. Moreover, the appeal was abated for two and one-half months awaiting the trial court's findings regarding appellant's brief.

Accordingly, we **DO NOT ADOPT** the finding that appellant requires an additional sixty days from October 30, 2013 to file appellant's brief.

We **ORDER** appellant to file his brief by **DECEMBER 16, 2013**. No further extensions will be granted. If appellant's brief is not filed by the date specified, we will order J. Daniel Oliphant removed as appellant's counsel and will order the trial court to appoint a new attorney to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; J. Daniel Oliphant; and to the Dallas County District Attorney's Office.

/s/     DAVID EVANS
JUSTICE